IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00318-M

| | |
|---|---|
| WOLFSPEED, INC. f/k/a CREE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| X-FAB TEXAS, INC., ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the Joint Motion to Seal [DE 5]. The parties seek to restrict from public access the Declaration of Rebecca K. Lindahl and attached exhibits [DE 2, 2-1, 2-2, 2-3, 2-4] in accordance with a confidentiality agreement. Pursuant to Local Civil Rule 79.2, the court finds that the records contain confidential information that should be sealed.

Accordingly, the motion is GRANTED. The Clerk of the Court shall maintain under seal the documents located at DE 2, 2-1, 2-2, 2-3, and 2-4 until further order of the court.

SO ORDERED this 26th day of August, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE